

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00243-CR

**IN RE** Elmer **LANDAVERDE REYES**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Lori Massey Brissette, Justice
             Velia J. Meza, Justice

Delivered and Filed: March 12, 2025

DENIED

Relator, Elmer Landaverde Reyes, has filed a petition for writ of mandamus. After considering the petition and the record, the court concludes Landaverde Reyes is not entitled to the relief sought. Accordingly, we deny the petition for writ of mandamus.

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. 34336CR, styled *The State of Texas v. Elmer Adalberto Landaverde Reyes*, pending in the County Court, Maverick County, Texas, the Honorable Susan D. Reed presiding.